Robert S. Gianelli, #82116
GIANELLI & MORRIS, A Law Corporation
626 Wilshire Blvd., Suite 800
Los Angeles, CA  90017
Tel:  213.489.1600; Fax:  213.489.1611
Email:  rob.gianelli@gmlawyers.com

Don A. Ernst, #065726
ERNST AND MATTISON, A Law Corporation
1020 Palm Street
San Luis Obispo, CA 93401
Tel:  805.541.0300; Fax:  805.541.5168
Email:  dae@emlaw.us

[*Full Counsel List on Next Page*]

Attorneys for Plaintiff, DONALD R. CHASTAIN,
and the Certified Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. CHASTAIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>UNION SECURITY LIFE INSURANCE COMPANY, AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA,<br>Defendants. | CASE NO. CV 06-5885 ABC (FFMx)<br>[CLASS ACTION]<br><br>**DECLARATION OF GARY GREENFIELD**<br><br><u>**Hearing**</u><br>Date:   March 23, 2009<br>Time:  10:00 a.m.<br>Court:  Western Division, Roybal Federal Bldg., Courtroom 680 |

***Full Counsel List*:**

Robert S. Gianelli, #82116
Jully C. Pae, #233565
Richard R. Fruto, #200748
GIANELLI & MORRIS, A Law Corporation
626 Wilshire Blvd., Suite 800
Los Angeles, CA 90017
Tel: 213.489.1600; Fax: 213.489.1611
Email: rob.gianelli@gmlawyers.com
        jully.pae@gmlawyers.com
        richard.fruto@gmlawyers.com

Don A. Ernst, #065726
Raymond E. Mattison, #71850
Christopher D. Edgington, #169682
ERNST AND MATTISON, A Law Corporation
1020 Palm Street
San Luis Obispo, CA 93401
Tel: 805.541.0300; Fax: 805.541.5168
Email: dae@emlaw.us
        rem@emlaw.us
        ce@emlaw.us

Attorneys for Plaintiff, DONALD R. CHASTAIN, and the Certified Class

Declaration of Gary Greenfield

I, Gary Greenfield, declare:

1.  I am making this Declaration in support of the plaintiff's motion for an
    award of attorneys' fees and litigation expenses in this action ("motion").  I
    have personal knowledge of the matters set forth in this Declaration and, if
    called upon to testify, I could and would competently testify thereto.

2.  I am the founder of Litigation Cost Management (LCM), based in Oakland,
    California. LCM is in the business of consulting regarding legal fee-related
    issues.  As part of our business, we regularly conduct analyses or "audits" of
    legal and expert witness fees  regarding the reasonableness, appropriateness
    and allocation of the time, fees, rates and expenses being sought in
    litigation, and consult with clients regarding how to manage their outside
    litigation more effectively and efficiently.

3.  LCM works with both law firms and clients of law firms in undertaking its
    analyses and consulting about effective litigation management.  Our clients
    include law firms, businesses, public entities and agencies, and institutions
    (such as universities.)

4.  Since LCM was founded in January, 1991, I have conducted several
    hundred analyses of the legal fees and expenses in cases of various types
    and sizes.  These have included individual and multi-party suits, as well as
    class actions.  The cases have included the full range of civil litigation,
    including patent and other intellectual property, real property, False Claims

1

Act, bankruptcy, breach of contract, securities, antitrust, environmental, insurance bad faith, discrimination, disability, civil rights, constitutional law, inverse condemnation, personal injury and products liability cases. I have myself been personally involved in, conducted analysis in and supervised each of these analyses. A number of the projects have been post-trial or post-settlement attorneys' fees applications or motions.

5.   As part of my work on these projects, I have prepared and submitted numerous reports on attorneys' fees issues, both on behalf of parties submitting fee applications and on behalf of law firms or clients opposing them. I would estimate that I have prepared over a hundred such reports.

6.   I have also qualified and testified previously as an expert witness in litigation (both in court and in arbitrations) regarding legal fees, both on behalf of parties seeking to recover their attorneys' fees and parties opposing requests for attorneys' fees. I have testified in trials or arbitrations a minimum of eight times and been designated as an expert witness at least thirty times.

7.   I was also appointed a Special Master to analyze the fees and expenses of various law firms and experts in the Golden Eagle Insurance Company conservation proceeding before the San Francisco Superior Court. A major issue in that analysis was the appropriateness of the rates being sought.

8.   My work has been about evenly divided between working for parties seeking to recover fees and parties opposing requests for fees. I have also been retained in cases to provide testimony regarding the allocation of fees between attorneys and firms entitled to recover fees in "common fund"

2

cases.

9.   Prior to starting LCM in January, 1991, I was a partner in the law firm of Shartsis, Friese & Ginsburg in San Francisco, California, where I was a litigator for fifteen years, having become a partner in the firm in 1981. During my career at my former law firm, I handled general commercial litigation, including the full gamut of litigation from pre-filing preparation and negotiations through trials and appeals. I handled litigation of varying types, including breach of contract, constitutional law, securities, fraud, bankruptcy litigation, intellectual property, unfair competition, and civil rights litigation. I represented both plaintiffs and defendants. I handled both contingency cases and cases where we were compensated on an hourly basis. I graduated from the Boalt Hall School of Law in 1975 and received my undergraduate degree from Stanford University in 1971. A copy of my Resume is attached hereto as Exhibit 1.

10.  The major aspect of our work is to review and analyze bills and time entries from law firms. This virtually always entails obtaining the rates being charged for the various billers in the law firms whose fees I am analyzing. We have accordingly acquired a large quantity of information regarding the rates being charged by law firms of various sizes and types (ranging from solo practices to large, international firms, as well as "public interest" firms) and hundreds of lawyers of various expertise and levels of experience. A major portion of our work involves litigation in Los Angeles and, as a result, we have gathered a large quantity of information regarding the rates of attorneys and law firms in the Los Angeles area. The rates are from cases of different types, but virtually all involve business or other complex civil litigation. Our rate information is based on fees actually billed to fee-

paying clients in the market and is therefore, in my opinion, the most reliable type of rate information available regarding rates in the market. [1]

11.    The rates being charged and sought in cases I work on are relevant to a number of issues that arise in these cases.  As a result, when working on a case, I am continually reviewing the rates being charged in other cases I have been involved in.

12.    Because it is integral to my work, I also regularly review various surveys of billing rates published by legal periodicals and assembled by legal consultants, materials filed in cases other than those I am involved in, judicial decisions which discuss rates sought and awarded and orders in cases I am not involved in which deal with rates being sought in those cases.

13.    As a result of my work described above, I am familiar with the range of rates being charged by lawyers in various types of complex civil litigation in Los Angeles.

---

[1] The types of cases from which we obtain and maintain our rate information include 1) various types of commercial disputes such as breach of contract cases, patent cases and other types of cases where there are contractual or statutory fee-shifting provision whereby the winner in the litigation is seeking to recover fees actually billed during the course of the cases to their clients, 2) insurance coverage cases where the fees actually paid to counsel are sought to be recovered as damages, 3) statutory and private attorney general cases where firms which regularly bill clients on an hourly basis are seeking fees from their opponent at their regular billing rates, and 4) bankruptcy cases where the fees sought are based on rates approved by the Bankruptcy Court for services to the debtor or other participants in the bankruptcy cases.

4

14. The instant action is a class action brought against defendants Union
Security Life Insurance Company ("USLIC') and American Bankers Life
Assurance Company of Florida ("ABLAC").   It asserts claims for breach of
contract, fraud and declaratory relief based on allegations that USLIC failed
to pay and/or delayed payment of "accrued interest" benefits promised
under credit disability insurance certificates issued by USLIC in California.
The certified class consists of 1111 insurance claims for the benefit of over
1000 California claimants.  The proposed settlement involves the payment
of more than $2 million to the class members.

15. Prior to the proposed settlement of this action being reached, it was
extensively litigated, including written discovery, numerous depositions,
motion practice and two interlocutory appeals to the Ninth Circuit, one of
which was withdrawn during briefing.

16. Plaintiff is seeking attorneys' fees to be paid by defendants in addition to
the amounts being paid to the class members and to administer the
settlement.  Where this approach is used, the "lodestar" is determined.
Calculating the lodestar involves multiplying the reasonable hours expended
in the case by the appropriate rates of the billers, based on the rates charged
for similar services for billers of similar background, experience and
reputation in the relevant market.  The relevant market is typically the
geographic area of the forum, which here is Los Angeles.

17. Because of the nature of plaintiff's counsel's practice, plaintiff's counsel do
not regularly bill fee-paying clients for their services and therefore do not
have established hourly rates. I have accordingly been asked to identify
appropriate rates for plaintiff's counsel in this action.  In determining the

appropriate rates to be applied, one identifies the "market rate" for the
attorney or other personnel, by determining the rate charged for similar
services in the geographic area of the forum by lawyers of reasonably
comparable skill, experience and reputation.

18.   Plaintiff and ultimately the class have been represented by the firms of
Gianelli & Morris and Ernst and Mattison.  Gianelli & Morris specializes in
insurance and consumer class actions.  Likewise, a substantial proportion of
Ernst and Mattison's practice is the prosecution of consumer class actions,
usually in the insurance field.  These firms have collaborated extensively in
the litigation of numerous complex consumer class actions for more than a
decade.  The opposition in these cases have often been large commercial
firms, such as O'Melveny & Myers; Skadden Arps; Gibson, Dunn &
Crutcher; Sidley & Austin; Manatt, Phelps & Phillips; Heller Ehrman;
Fulbright & Jaworski; JordenBurt LLP; Reed Smith; and others.  Often,
plaintiff's counsel have been opposed by more than one such defense firm
in a single action.  In short, Gianelli & Morris and Ernst and Mattison are
regularly litigating against firms and providing services similar in terms of
expertise and skill required to that provided by  firms which are considered
to be in the top tier of major law firms in the country in terms of handling
large, sophisticated and complex litigation and whose rates for these
services are generally at the top of each market where they provide
services.[2]

---

[2]   The fact that Gianelli & Morris and Ernst and Mattison litigate regularly
against such firms in their cases is relevant in determining the appropriate market
rates of their billers since one is analyzing the rates of lawyers providing "similar"
services in the market.

6

Gianelli & Morris

19.   Robert Gianelli was the lead lawyer on the case from Gianelli & Morris.
      Mr. Gianelli was admitted to the Bar in 1978. He has represented
      policyholders in numerous successful insurance related class actions
      encompassing such issues as health insurance benefits, senior annuity sales,
      and credit insurance benefits. He has also represented numerous individuals
      in insurance bad faith actions.  He is a Contributing Editor for California
      Practice Guide, Insurance Litigation, published by The Rutter Group, and
      has been an Adjunct Professor of Insurance Law at Whittier Law School
      and at La Verne University College of Law.  He has been appointed class
      counsel on many class actions and has litigated cases resulting in published
      opinions, including Rodriguez v. Blue Cross of Calif., 162 Cal. App.4th 330
      (2008); Kavruck v. Blue Cross of California,108 Cal.App.4th 773 (2003);
      IT Corp. v. General American, 107 F.3d 1415 (9th Cir. 1997) and American
      States Ins. Co. v. Borbor, 82 F.2d 888 (9th Cir. 1987).

20.   As indicated, Mr. Gianelli has been a lawyer for over 30 years.  The rates in
      our database indicate that the average rate for lawyers with 25 or more years
      of experience handling complex civil litigation in Los Angeles for the years
      2006 through 2008 is $666 per hour. [3] I looked at rates for 2006 through

---

[3]  I use a range of rates because, while, during one's initial years of practice,
rates are heavily geared toward years out of law school, the importance of years
out of law school on rates diminishes thereafter; and rates for lawyers at Mr.
Gianelli's level of seniority (30 years out of school) are far more heavily
influenced by other factors such as reputation, areas of expertise and type of
practice.  By using a range (i.e., looking at lawyers 25 or more years out of
school), I am not overly emphasizing years out of law school and at the same time

2008 because it makes the sample larger, but more conservative, since billing rates went up both from 2006 to 2007 and from 2007 to 2008.  A survey for the National Law Journal of rates across the country in 2007 indicated a range for Los Angeles firms of $425 to $875 per hour for partners in law firms handling complex litigation (see Exhibit 2 hereto), which is generally consistent with our database, which shows a range of rates for 2007 for similar lawyers of $425 to $925 per hour. [4]  Given Mr. Gianelli's background, experience and demonstrated expertise in the area of litigation involved in this case and in handling complex litigation against well-financed opponents represented by major law firms, in my opinion, an hourly rate of $675 per hour for 2008 for the Los Angeles market is an appropriate hourly rate. [5]

21.    Jully Pae is an associate at the law firm of Gianelli & Morris.  Her role in the litigation was primarily the final review and editing of motions.  Ms. Pae was admitted to the Bar in 2004.  Since she is 5 years out of law school, I looked at the rates for lawyers in Los Angeles in our database who are 5

---

significantly broadening the sample of rates to use for my analysis.

   [4] Our rate data showed a range of $425 to $925 per hour for lawyers 10 years and more out of law school, which is essentially equivalent to the seniority level of partners at commercial law firms.  The bills we receive do not always indicate who are partners and who are associates or other levels so our analysis looks at seniority levels.

   [5] Even though I reviewed rates for 2006 through 2008 in determining the rates to be applied in this case because it broadened the sample of rates for me to consider in evaluating the market, plaintiff is, as is customary, seeking fees at the current (i.e., 2008) market rates to establish what the market rate would be for lodestar purposes.

years out of law school but also for lawyers four to six years out of school and for rates billed in 2006 through 2008 in order to increase the size of the sample.  The 2006 through 2008 rates for lawyers admitted to the Bar in 1994 range from $310 to $520 per hour.  The average rate is $394 per hour. The average rate for all associates in Los Angeles firms in the National Law Journal survey for 2007 was $395 per hour, which is consistent with our database.  Since plaintiff's fee request is based on rates charged in 2008, and 2008 rates were higher than in 2007, in my opinion, the appropriate market rate for Ms. Pae is $410 per hour.

Ernst and Mattison

22.    Ray Mattison was admitted to the Bar in 1976.  He has extensive experience as a trial lawyer, having handled more than 80 civil trials.  He is a member of the American Board of Trial Advocates.  He has twice been awarded "Trial Lawyer of the Year" by the Central Coast Trial Lawyer's Association, in 1998 for winning a multi-million dollar award for a brain damage victim and again in 2006 for winning a class action judgment for 51 disabled public employees.  He co-authored "Complex Litigation for the Small Practitioner." Annually, he teaches the segment covering class actions and consumer remedies for the statewide "What's New in Tort & Trial" program produced by the Consumer Attorneys of California.  As with Mr. Gianelli, based on his experience, background and reputation, in my opinion, the appropriate market rate for his services in this case is $675 per hour (based on the analysis of the same rate data as above with respect to Mr. Gianelli.)

23.    Don Ernst was admitted to the Bar in 1975.  Initially, Mr. Mattison had primary responsibility for this litigation at Ernst and Mattison.  Mr. Ernst

9

assumed that leading role during the course of the case, although Mr. Mattison continued to collaborate on the file.  Mr. Ernst has extensive trial experience, having tried over 100 cases.  He is also a member of the American Board of Trial Advocates and has also twice been selected as the Central Coast Trial Lawyer of the Year.  He was President of the Consumer Attorneys of California for 2008.  In my opinion, based on the his experience, background and reputation, and analysis of the same rate data as with respect to Mr. Gianelli and Mr. Martinson, the appropriate market rate for Mr. Ernst's services in this case is $675 per hour.

24.     Christopher Edgington of Ernst and Mattison was admitted to the Bar in 1994.  He commenced full-time law practice in 2000, and I therefore have treated him as a ninth year lawyer.  Since 2000, he has been handling complex litigation, initially involving environmental cases and then, since joining Ernst and Mattison in 2001, in consumer class actions, principally in the insurance field.  In our database, the range of rates for lawyers with 8 to 10 years of experience for the period 2006 through 2008 is $265 to $675 per hour, with the average rate being $510 per hour.  Given that plaintiff is seeking rates based on the rates charged in 2008, in my opinion, a rate of $525 per hour is the appropriate market rate for Mr. Edgington's work appropriate to a ninth year lawyer.  Mr. Edgington handled the major portion of the work on the case, including the written discovery and discovery motions, other motion practice, appellate briefing, and the day to day dealings with defense counsel.  Certain of this work could have been performed by a more junior lawyer, had one been available.  In litigation of this complexity, this work would appropriately be undertaken by a fifth year associate.  Based on the Declaration of Christopher Edgington, approximately 40 percent of his work fell into this category.  Accordingly,

10

1   in my opinion, it is appropriate to apply a blended rate to Mr. Edgington's
2   time of $480 per hour (based on the fifth year rate of $410 and ninth year
3   rate of $525 discussed above) and that would therefore be the appropriate
4   market rate for his time. [6]

5

6       I declare under penalty of perjury under the laws of the United States that
7   the foregoing is true and correct.  Executed at Alameda County, California.

8

9       Dated: March 5, 2009

10                                          Gary Greenfield

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   _____

27      [6] By a "blended rate," I mean the average rate applied to all the hours
     billed, either in an entire case or for a particular biller.  A number of courts have
28   used a blended rate in this type of situation.

# EXHIBIT 1

EXHIBIT 1

### RESUME

### GARY GREENFIELD

## PROFESSIONAL EXPERIENCE

### LITIGATION COST MANAGEMENT

**January 1, 1991 to date**--Founder of Litigation Cost Management, a consulting firm which specializes in legal and expert fee analysis and consulting with clients respecting improving the management of their litigation.

#### Special Master

Appointed Special Master by San Francisco Superior Court to analyze fees and expenses of lawyers and expert witnesses

#### Expert consultant/witness

Qualified and testified in numerous court proceedings and arbitrations regarding attorneys' fees issues

#### Litigation management/auditing training and consulting

Consulting and training for both clients and law firms in litigation management and cost control and legal bill auditing and analysis

### OTHER LEGAL EXPERIENCE

**October 1, 1975 to December 31, 1990**--Litigator in San Francisco law firm of Shartsis, Friese & Ginsburg.  Handled complex litigation of various types, covering all stages of cases including trials in state and federal courts.  Became partner on January 1, 1981.

## EDUCATION

**University of California at Berkeley (Boalt Hall)**--J.D., 1975. Member, California Law Review.  Order of the Coif.

**Stanford University**--B.A., 1971.  Phi Beta Kappa. Degree with Distinction.

EXHIBIT 1                                    Page 000013

<u>**RESUME**</u> (Page 2)

<u>**ARTICLES**</u>

"An Auditor Speaks to Law Firms,"  <u>The Recorder</u>,  August 16, 1991

"Audits Often Signal a Management Failure,"   <u>Illinois Legal Times</u>, September, 1991

"Five Early Warning Signs of Potential Overbilling," <u>The Recorder</u>, October 24, 1991

"Estimating the Cost of a Case," <u>Corporate Legal Times</u>, January, 1992

"Litigation Management:  It's All in the Mind," <u>Committee on Corporate Counsel Newsletter</u> (ABA Section of Litigation), February, 1992

"Keep High Litigation Costs Off Your Case,"  <u>Public Risk</u>, February, 1992

"How One Company Uses In-House Audits," <u>Corporate Legal Times</u>, June, 1992

"Litigation Management: What Law School Never Taught You," <u>California Lawyer</u>, July, 1992

"Harnessing the Cost of Legal Bills,"  <u>Risk Management</u>, January, 1993

"Strategies for Reducing Your Legal Bills," <u>Small Business Reports</u>, June, 1993

"Efficient Litigation: An Ethical Imperative?"  <u>The American Lawyer</u>, April, 1994

"Fee Fight (Using A Legal Fee Auditor in Billing Disputes)," <u>Los Angeles/San Francisco Daily Journal</u>, February 28, 1997

"Legal Bill Auditing–Problems and Perspectives," <u>Law Governance Review</u>, Autumn, 1997

EXHIBIT 1

<u>RESUME</u> (Page 3)

## <u>SEMINARS AND WORKSHOPS CONDUCTED</u>

**American Management Association**--Two-day seminars in effective litigation management

**Western Bankers' Association**--Multiple workshops across California on effective litigation management

**Continuing Professional Education, Inc.**--Seminars in legal bill auditing and litigation management for financial professionals

## <u>OTHER SPEAKING ENGAGEMENTS</u>

ABA National Litigation Institute ("Applying TQM in Litigation")

Practising Law Institute ("Litigation Management Supercourse")

Los Angeles County Bar Association ("All About Fees")

National Association of Government Guaranteed Lenders

California Redevelopment Association

Public Risk Management Association

EXHIBIT 1                                                                 Page 000015

# EXHIBIT 2

EXHIBIT 2                                                    Page 000016

# THE NATIONAL
# LAW JOURNAL

t '**Print**' in your browser menu to print this document.

**©2008 National Law Journal Online**
Page printed from: http://www.nlj.com

Back to Article

## A nationwide sampling of law firm billing rates

December 10, 2007

The National Law Journal *asked the respondents to its 2007 survey of the nation's 250 largest law firms to provide a range of hourly billing rates for partners and associates. The firms that supplied this information — including some firms that are not in the NLJ 250 — are listed below in alphabetical order. We also asked firms to provide average and median billing rates, and several complied. The number after a firm's name indicates the total number of attorneys at the firm. The city listed below the name of a firm is the location of its principal or largest office.*

**A-F    G-L    M-R    S-W**

**Adams and Reese (256)**
(New Orleans)
Partners $225-$500 (average $305) (median $300)
Associates $165-$255 (average $198) (median $197)
Firmwide (average $278) (median $275)

**·ews Kurth (396)**
  ston)
Partners $400-$795
Associates $210-$460

**Arent Fox (329)**
(Washington)
Partners $395-$675
Associates $240-$440

**Armstrong Teasdale (279)**
(St. Louis)
Partners $295-$450
Associates $165-$295

**Baker, Donelson, Bearman, Caldwell & Berkowitz (523)**
(Memphis, Tenn.)
Partners $230-$525 (average $325) (median $320)
Associates $160-$315 (average $205) (median $200)
Firmwide (average $280) (median $270)

**Barnes & Thornburg (440)**
(Indianapolis)
Partners $265-$485 (average $350) (median $355)
Associates $180-$295 (average $225) (median $220)
Firmwide (average $302) (median $310)

**Bass, Berry & Sims (217)**
(Nashville, Tenn.)
Partners $300-$575
·ciates $180-$285

**Best Best & Krieger (195)**
(Riverside, Calif.)
Partners $290-$495 (average $275) (median $390)
Associates $160-$350 (average $203) (median $235)
Firmwide (average $212) (median $265)

EXHIBIT 2

Page 000017

**Bond, Schoeneck & King (167)**
(Syracuse, N.Y.)
Partners $200-$435 (average $294) (median $295)
Associates $140-$250 (average $179) (median $175)
wide (average $253) (median $300)

**Bradley Arant Rose & White (242)**
(Birmingham, Ala.)
Partners $240-$520 (average $335) (median $330)
Associates $180-$280 (average $211) (median $205)
Firmwide (average $258) (median $260)

**Briggs and Morgan (178)**
(Minneapolis)
Partners $250-$500 (average $391) (median $395)
Associates $195-$325 (average $233) (median $230)
Firmwide (average $344) (median $350)

**Brinks Hofer Gilson & Lione (158)**
(Chicago)
Partners $300-$650 (average $479) (median $485)
Associates $180-$410 (average $273) (median $250)
Firmwide (average $365) (median $350)

**Broad and Cassel (175)**
(Orlando, Fla.)
Partners $250-$450 (average $361) (median $360)
Associates $165-$310 (average $232) (median $225)
Firmwide (average $294) (median $275)

**Brownstein Hyatt Farber Schreck (177)**
(Denver)
Partners $260-$675 (average $373) (median $390)
Associates $170-$270 (average $219) (median $217.5)
wide (average $308) (median $325)

**Bryan Cave (847)**
(St. Louis)
Partners $320-$695 (average $493) (median $490)
Associates $165-$495 (average $295) (median $295)
Firmwide (average $394) (median $375)

**Buchanan Ingersoll & Rooney (561)**
(Pittsburgh)
Partners $320-$750
Associates $150-$460

**Bullivant Houser Bailey (160)**
(Portland, Ore.)
Partners $225-$500 (average $285) (median $275)
Associates $150-$350 (average $240) (median $220)
Firmwide (average $260) (median $250)

**Burr & Forman (182)**
(Birmingham, Ala.)
Partners $250-$470 (average $340)
Associates $175-$305 (average $235)

**Butzel Long (232)**
(Detroit)
Partners $210-$575
Associates $155-$350

**Carlton Fields (259)**
(Tampa, Fla.)
ners $280-$600 (average $406) (median $405)
Associates $190-$375 (average $243) (median $245)
Firmwide (average $312) (median $300)

**Cooley Godward Kronish (567)**
(Palo Alto, Calif.)
Partners $470-$875

EXHIBIT 2

Page 000018

Associates $250-$555

**Covington & Burling (608)**
(Washington)
ers $510-$800
ciates $240-$525

**Cozen O'Connor (476)** (Philadelphia)
Partners $230-$750 (average $420) (median $425)
Associates $155-$530 (average $283) (median $280)
Firmwide (average $350) (median $340)

**Curtis, Mallet-Prevost, Colt & Mosle (221)**
(New York)
Partners $635-$735 (average $666) (median $685)
Associates $280-$560 (average $361) (median $360)
Firmwide (average $396) (median $480)

**Davis Wright Tremaine (449)**
(Seattle)
Partners $300-$695 (average $430) (median $422)
Associates $170-$390 (average $257) (median $250)
Firmwide (average $375) (median $375)

**Day Pitney (400)**
(Florham Park, N.J.)
Partners $350-$650 (average $472) (median $465)
Associates $210-$525 (average $306) (median $310)
Firmwide (average $374) (median $375)

**Dickinson Wright (234)**
(Detroit)
Partners $260-$530
Associates $170-$275

**stein Shapiro (388)**
(Washington)
Partners $425-$825 (average $552) (median $550)
Associates $225-$440 (average $336) (median $360)
Firmwide (average $438) (median $425)

**Dinsmore & Shohl (316)**
(Cincinnati)
Partners $235-$475 (average $342) (median $340)
Associates $155-$285 (average $199) (median $190)
Firmwide (average $275) (median $250)

**Dorsey & Whitney (649)**
(Minneapolis)
Partners $220-$750 (average $463) (median $463)
Associates $145-$470 (average $274) (median $260)
Firmwide (average $375) (median $365)

**Duane Morris (612)**
(Philadelphia)
Partners $315-$705 (average $475) (median $470)
Associates $150-$465 (average $310) (median $305)
Firmwide (average $416) (median $415)

**Dykema Gossett (338)**
(Detroit)
Partners $245-$625 (average $403)
Associates $185-$390 (average $272)

**ards Angell Palmer & Dodge (564)**
on)
Partners $350-$700 (average $515) (median $513)
Associates $170-$450 (average $293) (median ($280)
Firmwide (average $407) (median $400)

**Epstein Becker & Green (384)**
(New York)

EXHIBIT 2                                    Page 000019

Partners $280-$675 (average $471) (median $475)
Associates $155-$440 (average $290) (median $280)
Firmwide (average $380) (median $395)

**vick & West (223)**
untain View, Calif.)
Partners $500-$775 (average $590) (median $600)
Associates $245-$500 (average $360) (median $370)
Firmwide (average $395) (median $410)

**Foley & Lardner (1,011)**
(Milwaukee)
Partners (average $550) (median $550)
Associates (average $387) (median $375)
Firmwide $185-$855
(average $476) (median $475)

**Ford & Harrison (190)**
(Atlanta)
Partners $325-$560
Associates $210-$395

**Fowler White Boggs Banker (209)**
(Tampa, Fla.)
Partners $230-$500 (average $345) (median $340)
Associates $150-$325 (average $217) (median $210)
Firmwide (average $303) (median $300)

**Fox Rothschild (417)**
(Philadelphia)
Partners $240-$595
Associates $190-$440

**Frost Brown Todd (360)**
:innati)
.ners $225-$455 (average $303) (median $295)
Associates $145-$255 (average $180) (median $170)
Firmwide (average $256) (median $255)

**G-L**

**Gardere Wynne Sewell (284)**
(Dallas)
Partners $350-$715 (average $472) (median $475)
Associates $220-$425 (average $292) (median $265)
Firmwide (average $405) (median $405)

**GrayRobinson (205)**
(Orlando, Fla.)
Partners $175-$500 (average $319)
Associates $250 (average $198)
Firmwide (average $224)

**Greenberg Traurig (1,766)**
(New York)
Partners $300-$1,000 (average $490) (median $500)
Associates $175-$505 (average $311) (median $310)
Firmwide (average $407) (median $415)

**Harris Beach (184)**
(Rochester, N.Y.)
Partners $250-$475
Associates $140-$275

**~ock & Barclay (172)**
acuse, N.Y.)
Partners $220-$375 (average $278) (median $280)
Associates $160-$250 (average $185) (median $180)
Firmwide (average $245) (median $250)

**Hodgson Russ (229)**
(Buffalo, N.Y.)

EXHIBIT 2

Partners $215-$645 (average $337) (median $350)
Associates $155-$395 (average $219) (median $205)
Firmwide (average $254) (median $250)

**an & Hartson (1,092)**
shington)
Partners $300-$850 (average $600) (median $590)
Associates $150-$525 (average $385) (median $370)
Firmwide (average $490)

**Holland & Hart (347)**
(Denver)
Partners $275-$585 (average $388) (median $385)
Associates $165-$345 (average $269) (median $275)
Firmwide (average $335) (median $335)

**Holme Roberts & Owen (224)**
(Denver)
Partners $285-$635 (average $412) (median $410)
Associates $195-$420 (average $284) (median $265)
Firmwide (average $353) (median $345)

**Howard Rice Nemerovski Canady Falk & Rabkin (114)**
(San Francisco)
Partners $495-$775
Associates $275-$485

**Hughes Hubbard & Reed (343)**
(New York)
Partners $595-$825
Associates $240-$560

**Husch & Eppenberger (332)**
(St. Louis)
ners $190-$425 (average $297) (median $295)
ciates $130-$260 (average $179) (median $175)
Firmwide (average $248) (median $245)

**Jackson Lewis (416)**
(White Plains, N.Y.)
Partners $235-$575
Associates $210-$450

**Jenner & Block (495)**
(Chicago)
Partners $450-$900 (average $562) (median $525)
Associates $275-$425 (average $327) (median $325)

**Jones, Walker, Waechter, Poitevent, Carrère & Denègre (230)**
(New Orleans)
Partners $210-$600
Associates $150-$225

**Kelley Drye & Warren (390)**
(New York)
Partners $400-$800
Associates $255-$500

**Knobbe, Martens, Olson & Bear (208)**
(Irvine, Calif.)
Partners $340-$645
Associates $215-$420

**Lane Powell (175)**
attle)
ers $300-$515 (average $370) (median $370)
Associates $205-$300 (average $255) (median $255)
Firmwide (average $345) (median $345)

**Lathrop & Gage (271)**
(Kansas City, Mo.)
Partners $225-$450 (average $300) (median $300)

EXHIBIT 2

Associates $140-$300 (average $185) (median $185)
Firmwide (average $215) (median $260)

**Leonard, Street and Deinard (199)**
(neapolis)
  ters $300-$500
Associates $185-$300

**Lewis, Rice & Fingersh (165)**
(St. Louis)
Partners $240-$425
Associates $130-$295

**Lindquist & Vennum (174)**
(Minneapolis)
Partners $260-$500
Associates $165-$260

**Locke Liddell & Sapp (421)**
(Dallas)
Partners $375-$900 (average $488) (median $490)
Associates $190-$390 (average $281) (median $280)
Firmwide (average $399) (median $425)

**Loeb & Loeb (280)**
(Los Angeles)
Partners $425-$875 (average $606) (median $600)
Associates $240-$500 (average $384) (median $400)
Firmwide (average $505) (median $500)

**Lord, Bissell & Brook (290)**
(Chicago)
Partners $335-$690 (average $473) (median $475)
Associates $200-$410 (average $299) (median $300)
F     mwide (average $410) (median $415)

**Lowenstein Sandler (271)**
(Roseland, N.J.)
Partners $380-$725
Associates $205-$395

**Luce, Forward, Hamilton & Scripps (186)**
(San Diego)
Partners $325-$725 (average $465) (median $475)
Associates $220-$450 (average $281) (median $280)
Firmwide (average $381) (median $395)

**M-R**

**Manatt, Phelps & Phillips (320)**
(Los Angeles)
Partners $520-$785 (average $600) (median $590)
Associates $265-$480 (average $395) (median $415)
Firmwide (average $518) (median $550)

**Marshall, Dennehey, Warner, Coleman & Goggin (379)**
(Philadelphia)
Partners $135-$400
Associates $120-$300

**McCarter & English (400)**
(Newark, N.J.)
Partners $325-$650
Associates $205-$395

**lroy, Deutsch, Mulvaney & Carpenter (238)**
(Morristown, N.J.)
Partners $295-$450 (average $250) (median $235)
Associates $135-$225 (average $180) (median $165)
Firmwide (average $195) (median $215)

**McKee Nelson (224)**

EXHIBIT 2

(New York)
Partners $635-$920 (average $760) (median $755)
Associates $375-$595 (average $446) (median $455)
Firmwide (average $489) (median $475)

**...ael Best & Friedrich (224)**
(Milwaukee)
Partners $225-$550 (average $363) (median $350)
Associates $185-$300 (average $234) (median $235)
Firmwide (average $321) (median $325)

**Miles & Stockbridge (212)**
(Baltimore)
Partners $315-$535 (average $397)
Associates $205-$405 (average $260)

**Miller, Canfield, Paddock and Stone (378)**
(Detroit)
Partners $265-$595 (average $400) (median $400)
Associates $160-$340 (average $225) (median $220)
Firmwide (average $285) (median $335)

**Miller & Martin (185)**
(Chattanooga, Tenn.)
Partners $230-$580 (average $338) (median $340)
Associates $160-$295 (average $201) (median $195)
Firmwide (average $306) (median $320)

**Montgomery, McCracken, Walker & Rhoads (136)**
(Philadelphia)
Partners $320-$575 (average $419)
Associates $195-$320 (average $260)
Firmwide (average $360)

**...ore & Van Allen (284)**
   rlotte, N.C.)
Partners $265-$765
Associates $175-$330

**Morgan, Lewis & Bockius (1,384)**
(Philadelphia)
Partners $375-$850
Associates $200-$575

**Morris, Manning & Martin (170)**
(Atlanta)
Partners $350-$625 (average $436) (median $395)
Associates $180-$400 (average $285) (median $310)
Firmwide (average $380) (median $440)

**Nexsen Pruet Adams Kleemeier (171)**
(Columbia, S.C.)
Partners $220-$420
Associates $150-$250

**Ogletree, Deakins, Nash, Smoak & Stewart (392)**
(Greenville, S.C.)
Partners $270-$575 (average $348)
Associates $200-$360 (average $256)
Firmwide (average $312)

**Patton Boggs (518)**
(Washington)
Partners $320-$920 (average $536) (median $525)
Associates $205-$520 (average $375) (median $385)
   ...ide (average $456) (median $455)

**Pepper Hamilton (500)**
(Philadelphia)
Partners $335-$750
Associates $200-$425

EXHIBIT 2                                                  Page 000023

**Perkins Coie (619)**
(Seattle)
Partners $205-$805
Associates $145-$500

** ips Dunbar (280)**
(New Orleans)
Partners $170-$450 (average $243)
Associates $130-$205 (average $174) (median $175)
Firmwide (average $184)

**Phillips Lytle (173)**
(Buffalo, N.Y.)
Partners $245-$435 (average $309) (median $300)
Associates $140-$300 (average $205) (median $205)
Firmwide (average $223) (median $215)

**Polsinelli Shalton Flanigan Suelthaus (316)**
(Kansas City, Mo.)
Partners $250-$600
Associates $175-$250

**Quarles & Brady (472)**
(Milwaukee)
Partners $260-$575 (average $377) (median $375)
Associates $185-$335 (average $233) (median $235)
Firmwide (average $319) (median $325)

**Reed Smith (1,447)**
(Pittsburgh)
Partners $350-$825 (average $558) (median $525)
Associates $200-$510 (average $374) (median $350)
Firmwide (average $395) (median $385)

**  inson & Cole (209)**
 ford, Conn.)
Partners $340-$575 (average $424) (median $420)
Associates $200-$325 (average $295) (median $280)
Firmwide (average $328) (median $330)

**Roetzel & Andress (221)**
(Akron, Ohio)
Partners $210-$460 (average $302) (median $300)
Associates $110-$275 (average $198) (median $200)
Firmwide (average $264) (median $260)

**Rutan & Tucker (149)**
(Costa Mesa, Calif.)
Partners $335-$600
Associates $210-$350

**S-W**

**Saul Ewing (247)** (Philadelphia)
Partners $315-$750 (average $426) (median $415)
Associates $180-$485 (average $273) (median $255)
Firmwide (average $357) (median $365)

**Schnader Harrison Segal & Lewis (184)**
(Philadelphia)
Partners $240-$750
Associates $175-$385

**Schulte Roth & Zabel (461)** (New York)
 'ners $650-$850 (average $724) (median $745)
 ciates $235-$585 (average $435) (median $440)

**Sheppard, Mullin, Richter & Hampton (428)**
(Los Angeles)
Partners $425-$795
Associates $260-$550

EXHIBIT 2

**Shughart Thomson & Kilroy (172)**
(Kansas City, Mo.)
Partners $235-$475
Associates $160-$225

**\_maker, Loop & Kendrick (171)**
(Toledo, Ohio)
Partners $200-$465 (average $311) (median $305)
Associates $180-$360 (average $221) (median $220)
Firmwide (average $289) (median $300)

**Sills Cummis Epstein & Gross (178)**
(Newark, N.J.)
Partners $350-$650
Associates $195-$375

**Smith, Gambrell & Russell (185)** (Atlanta)
Partners $250-$575
Associates $175-$345

**Snell & Wilmer (438)** (Phoenix)
Partners $275-$675 (average $390)
Associates $170-$390 (average $248)

**Steptoe & Johnson PLLC (180)**
(Clarksburg, W.Va.)
Partners $200-$325
Associates $170-$250

**Stinson Morrison Hecker (352)**
(Kansas City, Mo.)
Partners $230-$600 (average $333) (median $365)
Associates $175-$250 (average $207) (median $225)
Firmwide (average $295) (median $285)

**.l Rives (342)** (Portland, Ore.)
Partners $275-$500 (average $379) (median $375)
Associates $160-$350 (average $231) (median $230)
Firmwide (average $324) (median $330)

**Strasburger & Price (178)** (Dallas)
Partners $225-$560 (average $367) (median $363)
Associates $200-$395 (average $234) (median $223)
Firmwide (average $326) (median $322)

**Sullivan & Worcester (170)** (Boston)
Partners $415-$700 (average $550) (median $540)
Associates $245-$420 (average $309) (median $290)
Firmwide (average $438) (median $440)

**Sutherland Asbill & Brennan (511)**
(Atlanta)
Partners $375-$715 (average $511) (median $500)
Associates $215-$415 (average $292) (median $280)
Firmwide (average $335) (median $305)

**Thacher Proffitt & Wood (310)**
(New York)
Partners $525-$785 (average $674) (median $700)
Associates $275-$495 (average $353) (median $365)
Firmwide (average $428) (median $395)

**Thompson Coburn (320)**
(St. Louis)
'ners $265-$580
ciates $170-$370

**Thompson & Knight (414)**
(Dallas)
Partners $370-$730 (average $496) (median $485)
Associates $205-$370 (average $295) (median $310)
Firmwide (average $415) (median $400)

EXHIBIT 2

**Ulmer & Berne (174)**
(Cleveland)
Partners $240-$470 (average $343)
  ciates $165-$290 (average $212)
  .wide (average $280)

**Vedder, Price, Kaufman & Kammholz (255)**
(Chicago)
Partners $335-$650 (average $430) (median $425)
Associates $205-$410 (average $281) (median $370)
Firmwide (average $372) (median $365)

**Wiggin and Dana (146)**
(New Haven, Conn.)
Partners $295-$590
Associates $195-$350

**Williams Mullen (314)**
(Richmond, Va.)
Partners $300-$600
Associates $205-$425

**Wilmer Cutler Pickering Hale and Dorr (1,051)**
(Washington)
Partners $475-$1,000
Associates $215-$495

**Winstead (306)**
(Dallas)
Partners $345-$620
Associates $180-$360

**Winston & Strawn (912)**
  cago)
  ners $400-$845 (average $608
capital partner/$515 income partner) (median $640 capital partner/$585
income partner)
Associates $200-$590 (average $365) (median $395)
Firmwide (average $455) (median $523)

**Womble Carlyle Sandridge & Rice (510)**
(Winston-Salem, N.C.)
Partners $290-$575 (average $426) (median $425)
Associates $195-$370 (average $268) (median $265)
Firmwide (average $355) (median $360)

EXHIBIT 2

Page 000026